```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM RINICK                    :      CIVIL ACTION
                                  :
          v.                      :
                                  :
SUPERINTENDENT OF SCI-            :
GRATERFORD, et al.                :      NO. 05-6134
```

ORDER

AND NOW, this 5th day of May, 2006, it is hereby ORDERED that:

(1)  the Report and Recommendation is APPROVED and ADOPTED insofar as it concludes that this is the second or successive petition of William Rinick under 28 U.S.C. § 2254. The court therefore does not need to reach the statute of limitations issue;

(2)  the Petition for a Writ of Habeas Corpus is DISMISSED without prejudice to the right of petitioner to move in the United States Court of Appeals for the Third Circuit for an order authorizing the district court to consider the petition. See 28 U.S.C. § 2244; and

(3)  a certificate of appealability is not issued.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                              C.J.